**STATE of Missouri, Respondent,**

v.

**Charles G. BUTLER, Appellant.**

**No. WD 74729.**

Missouri Court of Appeals,
Western District.

Feb. 13, 2013.

Timothy A. Blackwekk, Jefferson City, MO, for appellant.

Rosemary E. Percival, Kansas City, MO, for respondent.

Before Division Two: KAREN KING MITCHELL, Presiding Judge, THOMAS H. NEWTON and LISA WHITE HARDWICK, Judges.

ORDER

PER CURIAM.

Charles Butler appeals from his conviction on two counts of possession of child pornography for two videos found on his computer. Butler contends the circuit court erred in admitting evidence of other child pornography from his computer because it was inadmissible evidence of uncharged crimes. For reasons explained in

a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b)